IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUANE H. SCEPER,

      Plaintiff,

vs.

RASHED KAID MOHAMMED, RASHED KAID MOHAMMED, dba FARMERS MINI MARKET, FARMER MINI MARKET AKA FARMERS MARKET; and DOES 1 THROUGH 10,

      Defendants.

No. 2:09-cv-2878 GEB JFM

ORDER AND AMENDED

FINDINGS AND RECOMMENDATIONS

On January 12, 2010, this court issued findings and recommendations. On January 27, 2010, plaintiff filed a request for clarification. Good cause appearing, the findings and recommendations will be vacated and the court issues amended findings and recommendations.

Upon review of plaintiff's motion for entry of default judgment, the documents in support, and good cause appearing therefor, THE COURT MAKES THE FOLLOWING FINDINGS:

1

2        The complaint in this matter was served upon defendants Mohammed and

3 Farmers Mini Market on October 25, 2009, and proof of service was filed November 15, 2009.

4 Cf. Pacific Atlantic Trading Co. v. M/V Main Express, 758 F.2d 1325, 1331 (9th Cir. 1985)

5 (noting that default judgment void without personal jurisdiction). The Clerk of the Court entered

6 default against both defendants on November 18, 2009. Plaintiff's present motion for entry of

7 default judgment was served by mail on both defendants.

8        Entry of default effects an admission of all well-pleaded allegations of the

9 complaint by the defaulted party. Geddes v. United Financial Group, 559 F.2d 557, 560 (9th Cir.

10 1977). Entry of default judgment is proper where, as in the present case, the facts established by

11 the default support the causes of action pled in the complaint. The complaint and the affidavits

12 filed in support of the motion for entry of default judgment also support the finding that plaintiff

13 is entitled to the relief requested in the prayer for default judgment, which does not differ in kind

14 from the relief requested in the complaint. Henry v. Sneiders, 490 F.2d 315, 317 & n.2 (9th Cir.

15 1974). There are no policy considerations to preclude the entry of default judgment of the type

16 requested. See Eitel v. McCool, 782 F.2d 1470, 1471-72 (9th Cir. 1986) (enumerating factors to

17 be considered).

18        Plaintiff has submitted counsel's affidavit regarding costs and attorney's fees.

19 The court finds the amount reasonable.

20        Accordingly, IT IS HEREBY ORDERED that the court's January 12, 2010

21 findings and recommendation are vacated.

22        Furthermore, IT IS HEREBY RECOMMENDED that:

23        1. Plaintiff's December 11, 2009 motion for entry of default judgment be

24 GRANTED;

25

2. Judgment be awarded against defendants Mohammed and Farmers Mini Market in the amount of $8,000.00, plus $3,725.00 in attorney's fees and $477.25 in costs, for a total judgment of $12,202.25; and

3. Injunctive relief be granted against defendant Mohammed requiring a properly-configured van accessible disabled parking space with an accessible route to an accessible entrance and appropriate signage in conformity with the Americans with Disabilities Act Accessibility Guidelines (ADAAG) as set forth in 28 Code of Federal Regulations, Part 36.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: February 17, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

014.scep2878.def.rvsd